IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| JULIE BONE, | : | |
| | : | |
| Claimant, | : | |
| v. | : | |
| | : | No. 3:12-CV-62 (CAR) |
| CAROLYN COLVIN, | : | Social Security Appeal |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### ORDER ON THE REPORT AND RECOMMENDATION OF
### THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Report and Recommendation [Doc. 13] that this case be remanded under Sentence Four of 42 U.S.C. § 405(g) to the Commissioner for further action as specifically set forth in the Recommendation. Defendant has not filed an objection to the Recommendation. Having reviewed the Report and Recommendation, this Court agrees with the findings and conclusions of the Magistrate Judge. Thus, the Recommendation [Doc. 13] is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**. As a result, the Commissioner's decision is **REMANDED** for further proceedings pursuant to Sentence Four of the Social Security Act, 42 U.S.C. § 405(g), in accordance with the Magistrate Judge's Recommendation.

**SO ORDERED,** this 27th day of September, 2013.

           <u>S/ C. Ashley Royal</u>
           C. ASHLEY ROYAL
           UNITED STATES DISTRICT JUDGE

ADP/ssh